UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KENNETH B. ADAMS,

               Plaintiff,

    v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

               Defendant.

NO. CV-11-344-CI

**JUDGMENT IN A
CIVIL CASE**

**DECISION BY THE COURT:**

      This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that:

      Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

      DATED: May 28, 2013

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk